UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local      Index No.
Union No. 456,

**RULE 7.1**

Plaintiffs,          '07 CIV 11190

-against-

K & D BJORKLAND INDUSTRIES, INC.,                      **JUDGE CONNER**

Defendant.
-------------------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: 12/04/07

                                                         Karin Arrospide, Esq. (KA9319)