UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) ) ) ) | Index # 07-CIV-11190 (WCC) |
| | ) | |
| Plaintiffs, | ) ) | **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |
| -against- | ) ) | |
| K & D BJORKLAND INDUSTRIES, INC., | ) ) | |
| Defendant. | ) ) ) | |

U.S. DISTRICT COURT
FILED
FEB 13 2008
W.P.
S.D. OF N.Y.

TO:    Clerk of the United States District Court for the
       Southern District of New York

       Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, K & D

BJORKLAND INDUSTRIES, INC., having failed to appear or answer the Summons and Complaint,

you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Teamsters Local 456

Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal

Services Fund, (hereinafter referred to as the "FUNDS"); and the Westchester Teamsters Local Union

No. 456 (hereinafter referred to as the "Union"), and against the Defendant, K & D BJORKLAND

INDUSTRIES, INC., in the sum of $46,352.32 which includes unpaid principal, liquidated damages,

interest, court costs and attorney's fees.

Dated:  Elmsford, New York
        February 4, 2008

Karin Arrospide, Esq. (KA9319)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515